IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CARLOS MATURIN,

       Plaintiff,

v.                                               No. 1:25-cv-00444-MIS-JHR

MICHELLE LUJAN GRISHAM,
in her official capacity,
TIM KELLER, in his official capacity,
HAROLD MEDINA, in his official capacity,
MIGUEL AGUILAR, in his official capacity, and
CITY OF ALBUQUERQUE,

       Defendants.

## ORDER REGARDING ADDRESSES FOR SERVICE

**THIS MATTER** comes before the Court on *pro se* Plaintiff's Amended Verified Complaint for Declaratory, Injunctive, and Monetary Relief for Constitutional Violations Arising from Unlawful Domestic Military Deployment under Color of State Law, Doc. 7, filed June 2, 2025.

Plaintiff is proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915. *See* Order, Doc. 6, filed May 12, 2025. Section 1915 provides that the "officers of the court shall issue and serve all process, and perform all duties in [proceedings *in forma pauperis*]"). 28 U.S.C. § 1915(d). The Court will not order service on Defendants at this time because Plaintiff has not provided Defendants' addresses for service.

**IT IS ORDERED** that Plaintiff shall, within 21 days of entry of this Order, file a notice that provides the service addresses for Defendants. Failure to timely provide the address for each Defendant may result in dismissal of claims against those Defendants.

_____
**UNITED STATES MAGISTRATE JUDGE**