FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 1 9 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CARLOS MATURIN,
Plaintiff,
v.                                           Case No. 1:25-cv-00444-MIS-JHR

GOVERNOR MICHELLE LUJAN GRISHAM, in her official capacity,
MAYOR TIM KELLER, in his official capacity,
CHIEF HAROLD MEDINA, in his official capacity,
BRIGADIER GENERAL MIGUEL AGUILAR, Adjutant General of the New Mexico
National Guard, in his official capacity,
CITY OF ALBUQUERQUE, a municipal government entity,
Defendants.

## PLAINTIFF'S NOTICE OF SERVICE ADDRESSES

### TO THE HONORABLE UNITED STATES DISTRICT COURT:

**COMES NOW**, Plaintiff Carlos Maturin, appearing *pro se* and in forma pauperis, and respectfully informs this Honorable Court that on **August 18, 2025**, Plaintiff made a timely and good-faith attempt to satisfy the Court's 21-day directive regarding the submission of physical service addresses by transmitting said information directly to the chambers-designated email address, **stricklandproposedtext@nmd.uscourts.gov**. This transmission occurred **within the Court-ordered deadline** and was undertaken based on Plaintiff's reasonable belief—consistent with his unrepresented status and limited access to CM/ECF—that this judicially supervised channel constituted a proper and effective means of delivery. Upon follow-up with the Clerk's Office on **August 19, 2025**, Plaintiff was informed that the aforementioned email was reserved primarily for attorney communications. Nevertheless, Plaintiff now formally resubmits the same information through this filing titled **Plaintiff's Notice of Service Addresses**, along with the separately filed **Plaintiff's Notice of Supplemental Authority in Support of Plaintiff's Amended Verified Complaint**, and respectfully requests that both filings be accepted as procedurally valid pursuant to **Federal Rule of Civil Procedure 5(d)(1)(B), 28 U.S.C. §**

1

**1915(d)**, and **Local Rule 5005-3**. Under Rule 5(d)(1)(B), delivery of a filing to a judge who agrees to accept it—particularly via a court-managed chambers email—constitutes a valid method of submission. Simultaneously, Local Rule 5005-3 explicitly authorizes unrepresented litigants to file by alternate means upon a showing of **good cause**, which Plaintiff unquestionably satisfies here. Proceeding without access to electronic filing privileges and facing an imminent judicial deadline, Plaintiff utilized the **only available and reasonable method** to comply. This combined invocation of **Rules 5(d)(1)(B)** and **5005-3** operates not only as a procedural shield but as a constitutional safeguard to prevent the exclusion of filings due to technological barriers. Accordingly, Plaintiff prays that this Court recognize and docket both submissions without delay or technical penalty, consistent with the liberal construction afforded to *pro se* litigants and the Court's equitable duty to facilitate meaningful access to justice under **Iqbal, Nasious**, and **Haines v. Kerner**, 404 U.S. 519 (1972).

## I. DEFENDANTS AND PHYSICAL SERVICE LOCATIONS

1. **Governor Michelle Lujan Grisham (official capacity)**

    Office of the Governor

    490 Old Santa Fe Trail, **Room 400**

    Santa Fe, NM 87501

    (*Official office address published by the Governor's Office.*)

2. **Mayor Tim Keller (official capacity)**

    Office of the Mayor, **Albuquerque City Hall**

    **1 Civic Plaza, 11th floor NW**

    Albuquerque, NM 87102

    (*City's official "Visit Us"/Contact page lists City Hall's physical address.*)

3. **Chief Harold Medina (official capacity)**

**Albuquerque Police Department – APD Main (Headquarters)**

**400 Roma Ave NW**

Albuquerque, NM 87102

(*City documents list "APD Main, 400 Roma NW, 87102."*)

4. **Brig. Gen. Miguel Aguilar, Adjutant General (official capacity)**

    **New Mexico Department of Military Affairs** (*Office of the Adjutant General*)

    **47 Bataan Blvd**

    Santa Fe, NM 87508

    (*Per State Military Publications.*)

5. **City of Albuquerque (municipal entity)**

    **City Clerk – City of Albuquerque**

    **600 2nd St NW**

    Albuquerque, NM 87102

    Mail: **P.O. Box 1293**, Albuquerque, NM 87103

    (*This office is the proper legal recipient for service upon the City under Rule 4(j)(2).*

**II. COURTESY CONTACTS (not required but may expedite routing)**

6. **City Attorney – City of Albuquerque**

    1 Civic Plaza NW, 4th Floor

    Albuquerque, NM 87102

    Mailing: P.O. Box 2248, Albuquerque, NM 87103

7. **New Mexico Attorney General (State Department of Justice)**

    Villagra Building, 408 Galisteo St

    Santa Fe, NM 87501

    Mailing: P.O. Drawer 1508, Santa Fe, NM 87504-1508

## III. LEGAL BASIS FOR SERVICE

8. **Fed. R. Civ. P. 4(j)(2)** authorizes service on a state or local government by delivering to the chief executive officer or as provided by state law.

9. **Fed. R. Civ. P. 4(e)(2)(C)** permits service by delivery to authorized agents.

10. **28 U.S.C. § 1915(d)** permits the Court to order that service be made by a U.S. Marshal or deputy at the direction of the Court when the plaintiff proceeds in forma pauperis.

## IV. PRAYER FOR CLERK AND MARSHAL ACTION

11. Plaintiff respectfully requests the Clerk of Court transmit the above-listed service addresses to the United States Marshals Service for execution of summonses and complaints in this matter, in accordance with **Fed. R. Civ. P. 4(c)(3)**.

## V. CONCLUSION

12. Plaintiff reserves the right to seek appropriate relief—including, but not limited to, **entry of default judgment under Fed. R. Civ. P. 55(a) and 55(b)**—in the event any Defendant **willfully evades service**, despite issuance and attempted execution by the U.S. Marshals pursuant to **28 U.S.C. § 1915(d)** and **Fed. R. Civ. P. 4(c)(3)**.

## VI. CLOSING SENTENCE

13. Plaintiff's submission via chambers email within the Court-ordered timeframe constitutes timely and sufficient delivery under Fed. R. Civ. P. 5(d)(1)(B)(ii), which authorizes non-electronic filings by pro se litigants to be submitted directly to a judge for docketing and judicial action.

Respectfully submitted,

    Carlos Maturin
    439 62nd St NW
    Albuquerque, NM 87105-1409
    Email: carlosmaturin84@gmail.com
    Phone: (505-930-3495)
    *Pro Se Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2025, a true and correct copy of the foregoing Plaintiff's Notice of Service Addresses was served via CM/ECF on Counsel for Defendants and all parties.

/s/ Carlos Maturin
*Pro Se Plaintiff*